United States Bankruptcy Court
Middle District of Florida

In re:                                                              Case No. 13-10272-ABB
Duane Woodman                                                       Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 113A-6        User: cfaye                Page 1 of 1             Date Rcvd: Sep 03, 2013
                          Form ID: 6inconf       Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 05, 2013.
```
db             +Duane Woodman,    2344 Pleasant Hill Rd,    Kissimmee, FL 34746-3676
23781149        Florida Department of Revenue,    Bankruptcy Unit,    Post Office Box 6668,
                 Tallahassee FL 32314-6668
23782482        Home Depot,    PO Box 689100,    Des Moines IA 50368
23782481       +Northland Group Inc,    PO Box 390846,    Minneapolis MN 55439-0846
23781148        Osceola County Tax Collector,    Attn: Patsy Heffner,    Post Office Box 422105,
                 Kissimmee FL 34742-2105
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
23797146       +E-mail/Text: g20956@att.com Sep 03 2013 23:55:51     AT&T Mobility II LLC,    % AT&T Services, Inc,
                 Karen Cavagnaro, Paralegal,    One AT&T Way, Room 3A104,    Bedminster, NJ 07921-2693
23781150        E-mail/Text: cio.bncmail@irs.gov Sep 03 2013 23:53:09      Internal Revenue Service,
                 Post Office Box 7346,    Philadelphia PA 19101-7346
23797138       +E-mail/Text: g17768@att.com Sep 03 2013 23:56:39     Pacific Bell Telephone Company,
                 % AT&T Services, Inc,    Karen Cavagnaro, Paralegal,    One AT&T Way, Room 3A104,
                 Bedminster, NJ 07921-2693
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
23782483     ##+Target National Bank,    PO Box 59317,    Minneapolis MN 55459-0317
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 05, 2013                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 3, 2013 at the address(es) listed below:
```
              Laurie K Weatherford    ecfdailysummary@c13orl.com, ecfdailysummarybackup@c13orl.com
              United States Trustee - ORL7/13, 7    USTP.Region21.OR.ECF@usdoj.gov
                                                                                             TOTAL: 2
```

**[6inconf]** [NOTICE OF INITIAL CHAPTER 13 CONFIRMATION HEARING]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                                                                  Case No. 6:13−bk−10272−ABB
                                                                                                         Chapter 13

Duane Woodman
2344 Pleasant Hill Rd
Kissimmee, FL 34746

_____Debtors(s)_____/

NOTICE OF INITIAL CHAPTER 13 CONFIRMATION HEARING

   PLEASE TAKE NOTICE that the debtor(s) filed or shortly will file a Chapter 13 Plan. The debtor(s) must serve a copy of this Chapter 13 plan on each affected creditor.

   Creditors are advised that the payment amounts and frequency of payments as described in the debtor(s) plan will become effective upon confirmation of the plan unless the affected creditor timely files an objection to confirmation. Such objection must be filed with the Clerk, United States Bankruptcy Court, George C. Young Federal Courthouse, 400 W. Washington Street, Suite 5100, Orlando, Florida 32801.

   NOTICE IS FURTHER GIVEN that a confirmation hearing will be held on October 23, 2013 at 10:01 AM in Courtroom 6B, 6th Floor, George C. Young Courthouse, 400 West Washington Street, Orlando, FL 32801.

   At the initial confirmation hearing, the Court will consider confirmation of a consensual Chapter 13 plan. If any contested objections, motions or other matters are filed by any party, or if any other reason exists to temporarily defer confirmation, the Court will set a continued confirmation hearing in the future.

   **Accordingly, attendance is optional. Only the Chapter 13 Trustee is required to attend.**

   If you do decide to attend the initial confirmation hearing, please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

        DATED on September 3, 2013 .

                                                              FOR THE COURT
                                                              Lee Ann Bennett, Clerk of Court
                                                              George C. Young Federal Courthouse
                                                              400 West Washington Street
                                                              Suite 5100
                                                              Orlando, FL 32801