## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**IN RE:**

**DUANE WOODMAN**                                 **CASE NO.  6:13-BK-10272-ABB**
                                                  **CHAPTER 13**

   **Debtor.**

## REQUEST FOR NOTICE

Please take notice that the firm of EVANS PETREE PC, 1000 Ridgeway Loop Rd, Suite 200, Memphis, TN 38120-4036 will represent the interests of TD Auto Finance LLC, successor to Chrysler Financial Services Americas LLC ("TDAF") in the matter.

The undersigned requests that the name shown below be placed on the mailing matrix and that all notices in this matter be served upon counsel for TDAF, as follows:

   Bert Echols, Esq.
   EVANS PETREE PC
   1000 Ridgeway Loop Rd, Suite 200
   Memphis, TN  38120-4036

                                    /s/Bert Echols
                                    _____
                                    Bert Echols (0063387)
                                    EVANS PETREE PC
                                    Attorneys for TDAF
                                    1000 Ridgeway Loop Rd, Suite 200
                                    Memphis, TN  38120-4036
                                    (901) 525-6781 telephone
                                    (901) 248-6854 fax
                                    bechols@evanspetree.com