UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:13-bk-10272-ABB

In re:

DUANE WOODMAN,

    Debtor.
_____/

### TRUSTEE'S CONSENT TO MOTION FOR RELIEF FROM STAY BY TD AUTO FINANCE

COMES NOW, Laurie K. Weatherford, the Chapter 13 Trustee in the above captioned case, and consents to the entry of an Order granting ***in rem relief*** from the automatic stay by TD Auto Finance (Document No. 21), relating to a 2008 Dodge Ram, as the collateral is not listed in the Debtor's Schedule B and the debt is listed on Schedule F as a general unsecured debt. The debt is not provided for in the Chapter 13 Plan.

Dated this 11th day of October, 2013.

                                          /s/ Laurie K. Weatherford_____
                                          Laurie K. Weatherford, Trustee
                                          Fla. Bar No. 0604402
                                          Stuart Ferderer, Esq.
                                          Fla. Bar No. 0746967
                                          Wayne Spivak, Esq.
                                          Fla. Bar No. 38191
                                          P.O. Box 3450
                                          Winter Park, FL 32790
                                          (407) 648-8841

:\BKRY\13\consent.pld