[Doabtsty] [O/ Abating Relief from Stay]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:    Case No. 6:13−bk−10272−ABB
          Chapter 13

Duane Woodman


_____Debtor*_____/

### ORDER ABATING MOTION FOR RELIEF FROM STAY

   THIS CASE came on for consideration, without hearing, of the Motion for Relief From Stay filed by <u>US Bank National Association</u> . Document <u>32</u> . After a review of the motion, the Court determines that the motion is deficient as follows:

☐ The motion does not include an original or electronic signature of the movant's attorney as required by Fed. R. Bankr P. 9011.

☐ The motion was filed without a certificate of service as required by Fed. R. Bankr. P. 7005(d).

☐ The prescribed filing fee of $176.00, as required by the Bankruptcy Court Schedule issued in accordance with 28 U.S.C § 1930 was not paid.

☒ The negative notice legend is not fully displayed on the first page or does not conform to the approved negative notice legend prescribed by Local Rule 2002−4.

Accordingly it is

***ORDERED:***

1. Consideration of the motion is abated until the deficiency is corrected.

2. The automatic stay of 11 U.S.C. § 362 is continued in effect until further order of this Court.


   Dated:  December 26, 2013

                                    _____
                                    Arthur B. Briskman
                                    United States Bankruptcy Judge

   Clerk's Office to Serve

   *All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.