

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

05/15/2014 02:15 PM

COURTROOM   6D, 6th Floor

HONORABLE CYNTHIA JACKSON

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 6:13-bk-10272-CCJ | 13 | 08/16/2013 |

Chapter 13

**DEBTOR:**   Duane Woodman

**DEBTOR ATTY:**   NA

**TRUSTEE:**   Laurie Weatherford

**HEARING:**

(1HR)FINAL EVIDENTIARY HEARING
1) Amended Motion by US Bank for Relief from Stay re: 2344 Pleasant Hill Road (Amended Post-Judicial Sale Motion for Relief From Stay) (Doc #35)
Amended Objection by Debtor to Motion for Relief from Stay (Doc #50)
Response by US Bank to Debtor's Response to Motion for Relief from Stay (Doc #59)
Response by Debtor to Response to Debtor's Amended Objection to Movant's Relief From Stay (Doc #68)
Response by Trustee to Motion for Relief from Automatic Stay on behalf of (creditor U.S. Bank, NA creditor is not provided for in the plan) (Doc #65)
Response by Debtor to Trustees Response to Motion for Relief from Stay (Doc #66)
2) Motion by Debtor Duane Woodman to Continue/Reschedule Hearing (Doc #79)
Note: Con't from 4/23/14
Related Case: 9:10-bk-12374-RR, Chapter 7, Filed: 5/14/2010, Dismissed: 3/8/2011, Central District of California; 9:10-bk-11547-RR, Chapter 13, Filed: 4/1/2010, Dismissed: 4/16/2010, Central District of California; 9:10-bk-10075-RR, Chapter 13, Filed: 1/8/2010, Dismissed: 3/12/2010, Central District of California

**APPEARANCES::**
Duane Woodman: D'or Atty; Wayne Spivak: Trustee; Cynthia Talton: US Bank.

**WITNESSES:**
Duane Woodman

**EVIDENCE:**
US Bank's Exhibits 8; 10-28; and 31-36 Admitted

**RULING:**
(1HR)FINAL EVIDENTIARY HEARING

1) Amended Motion by US Bank for Relief from Stay re: 2344 Pleasant Hill Road (Amended Post-Judicial Sale Motion for Relief From Stay)   (Doc #35) -   Amended Objection by Debtor to Motion for Relief from Stay   (Doc #50)   - Response by US Bank to Debtor's Response to Motion for Relief from Stay   (Doc #59)   -   Response by Debtor to Response to Debtor's Amended Objection to Movant's Relief From Stay   (Doc #68) -   Response by Trustee to Motion for Relief from Automatic Stay on behalf of (creditor U.S. Bank, NA creditor is not provided for in the plan)   (Doc #65) -   Response by Debtor to Trustees Response to Motion for Relief from Stay   (Doc #66) - UNDER ADVISEMENT.

2) Motion by Debtor Duane Woodman to Continue/Reschedule Hearing   (Doc #79) - Denied.
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.