IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
*Orlando Division*

FILED
JUL 03 2014
CLERK U.S. BANKRUPTCY,
ORLANDO DIVISION

In RE:

**Duane Woodman**

*Debtor*

_____/

Case No.:

6:13-bk-10272-ABB

CHAPTER 13

____ Chapter 13 Plan              **X** Amended Chapter 13 Plan

COMES NOW, the Debtor(s) and files this Chapter 13 Plan. The projected disposable income of the Debtor(s) is submitted to the supervision and control of the Chapter 13 Standing Trustee, and the Debtor(s) shall pay the following sums to the Chapter 13 Standing Trustee:

## PLAN PAYMENTS

| Payment Number by months | Amount of Monthly Plan payment |
|---|---|
| 1- 60 (September, 2013 – August 2018) | $ 68.00 |

The Debtor(s)(s) shall pay by **money order**, **cashier's check** or **wage deduction,** to Laurie K. Weatherford, Chapter 13 Standing Trustee, P.O. Box 1103, Memphis, Tennessee 38101-1103. The Debtor(s) name and case number must be indicated clearly thereon and received by the due dates for payments established by court order.

## PAYMENT OF CLAIMS THROUGH THE PLAN

**ATTORNEY FEES**

| Attorney Name | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| **N/A** | | | |

**PRIORITY CLAIMS**

The fees and expenses of the Trustee shall be paid over the life of the Plan at the rate allowed as governed by the guidelines of the United States Trustee and

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| CA Franchise Tax Board | 3419.00 | | 36 |

**SECURED CLAIMS**

| Secured Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|

**Fed. Home Loan Mtg. Corp.'s alleged lien is not perfected as it was procured by fraud as explained below.  Also they have not filed a proof of claim to date.  The amount they claim owed to them is $336,770.00 due to a refinance on my home in California with an original principle amount of $300,000 with interest only payments.**

**My home has a fair market value today of approximately $253, 623 per Zillow.**
**On January 25, 2010 within the extended right of rescission pursuant to TILA/Reg Z. Alleged secured creditor acknowledged rescission months after they failed to respond. The law gives them 20 days to respond to my right to rescind.**
**The law states that they were to release the security interest upon my rescission which they did not do and therefore filed false documents into the county recorder and performed an unlawful non judicial foreclosure sale.**

**Being over the age of 65, in California, I have a homestead exemption of $175,000. My home has an unsecured value of $253, 623 which leaves a non exempt portion of $78,623, less any selling fees, to be able to apply to the creditors.**

**Debtor plans to avoid any alleged lien erroneously still on his home.**

**Debtor's intent to provide for creditors may necessitate obtaining a loan on the home or selling it or selling an interest in it.**

**SECURED ARREARAGE**

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| N/A | | | |

**SECURED GAP PAYMENTS**

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| N/A | | | |

**PROPERTY TO BE SURRENDERED:**

| Creditor Name: | Property Address: |
|---|---|
| **None** | |

**VALUATION OF SECURITY:**

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| N/A | | | |

**(motion to value must be filed consistent with plan treatment)**

## EXECUTORY CONTRACTS:

**The following Executory Contracts are assumed:**

| Name of Creditor | Description of Collateral | Amount |
|---|---|---|
| De Andrade | lease | 250.00 |

**The following Executory Contracts are rejected:**

| Name of Creditor | Description of Collateral |
|---|---|
| N/A | |

**Unsecured Creditors:** whose claims are allowed shall receive a pro rata share of the balance of the funds remaining after payments to Priority and Secured Creditors are made. Approximate percentage: __15__ %

Property of the Estate revests in the Debtor(s) upon confirmation of the plan, OR upon completion of all plan payments and the discharge of Debtor(s).

---

## CERTIFICATE OF SERVICE

I/We hereby certify that a true and correct copy of the Amended Chapter 13 Plan of Debtor(s) was furnished by United States mail, postage prepaid, to All Creditors and Parties in Interest as listed on the Court's Matrix as attached, this __3__ day of __July__, 2014.

_____
Duane Woodman, Debtor Signature

Pacific Bell Telephone Company
% AT&T Services, Inc
One AT&T Way, Room 3A104
Bedminster, NJ 07921


AT&T Mobility II LLC
% AT&T Services, Inc
One AT&T Way, Room 3A104
Bedminster, NJ 07921


TD Auto Finance LLC
Trustee Lockbox
P.O. Box 9001897
Louisville, KY 40290-1897


Jefferson Capital Systems LLC
PO BOX 7999
SAINT CLOUD, MN 56302-9617


American Express Bank, FSB
c o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701


Fed. Home Loan Mtg. Corp
c/o Brad W. Hissing
Kass Shuler, P.A.
P.O. Box 800
Tampa, FL  33601