IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:

**Duane Woodman**

    Debtor(s).

CASE NO. 6:13-bk-10272-CCJ
CHAPTER   13

_____/

**OBJECTION TO CONFIRMATION**

    COMES NOW, US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR J.P. MORGAN MORTGAGE ACQUISITION TRUST 2006-WF1 ("Claimant"), a secured creditor in the above-styled cause, and files this, its Objection to Confirmation of the Debtor's proposed Amended Chapter 13 Plan.   In support thereof, Claimant alleges the following:

    1.    Claimant holds a secured mortgage which encumbers the real property located at 2344 Pleasant Hill Road, Kissimmee, FL 34746 ("Subject Property").   The Debtor did not execute the Note or the Mortgage on the subject property.

    2.    Certificate of Title for the Subject Property was issued to Claimant on June 25, 2012.

    3.    The Debtor's plan is ambiguous as to treatment of Claimant's secured claim.   The Debtor provides for no payments through the Chapter 13 plan; however, proposes valuation under the secured claim portion of the plan.

    4.    Claimant objects to the confirmation of the plan as relief from the automatic stay was granted on June 20, 2014 (D.E. 99).

    5.    Furthermore, Claimant objects to the following language in the plan as the issues raised have not been litigated and the Court has made no finding of fact as to the validity of the statements:

Fed. Home Loan Mtg. Corp.'s alleged lien is not perfected as it was procured by fraud as explained below. Also they have not filed a proof of claim to date. The amount they claim owed to them is $336,770.00 due to a refinance on my home in California with an original principle amount of $300,000 with interest only payments.

My home has a fair market value today of approximately $253, 623 per Zillow. On January 25, 2010 within the extended right of rescission pursuant to TILA/Reg Z. Alleged secured creditor acknowledged rescission months after they failed to respond. The law gives them 20 days to respond to my right to rescind.
The law states that they were to release the security interest upon my rescission which they did not do and therefore filed false documents into the county recorder and performed an unlawful non judicial foreclosure sale.

Being over the age of 65, in California, I have a homestead exemption of $175,000. My home has an unsecured value of $253, 623 which leaves a non exempt portion of $78,623, less any selling fees, to be able to apply to the creditors.

Debtor plans to avoid any alleged lien erroneously still on his home.

Debtor's intent to provide for creditors may necessitate obtaining a loan on the home or selling it or selling an interest in it.

WHEREFORE, US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR J.P. MORGAN MORTGAGE ACQUISITION TRUST 2006-WF1 prays that the Court deny confirmation of the proposed Chapter 13 Plan and grant it such additional relief as the Court deems just and proper.

Brock & Scott, PLLC
Post Office Box 25018
Tampa, FL 33622-5018
(813) 251-4766 Ext: 3485
Fax: (813) 251-1541
Email: bkatt@wolfelawfl.com

By: /s/ Teresa M. Hair
Teresa M. Hair
Florida Bar No. 44079
ATTORNEY FOR US BANK NATIONAL
ASSOCIATION, AS TRUSTEE FOR J.P.
MORGAN MORTGAGE ACQUISITION
TRUST 2006-WF1

CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that a copy of the foregoing Objection to Confirmation has been furnished by regular U. S. Mail to all parties listed below on December 7, 2015.

Duane Woodman
2344 Pleasant Hill Rd
Kissimmee, FL 34746

  I HEREBY CERTIFY that a copy of the foregoing Objection to Confirmation has been furnished by Electronic Mail to all parties listed below on December 7, 2015

Laurie K. Weatherford, Trustee
ECF Service
Post Office Box 3450
Winter Park, FL 32790

        Brock & Scott, PLLC.
        P.O. Box 25018
        Tampa, Florida 33622-5018
        Phone  (813) 251-4766
        Fax: (813) 251-1541

        By:  /s/ Teresa M. Hair
        Teresa M. Hair
        FLORIDA BAR NO. 44079
        ATTORNEY FOR US BANK NATIONAL
        ASSOCIATION, AS TRUSTEE FOR J.P.
        MORGAN MORTGAGE ACQUISITION TRUST
        2006-WF1