UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**FILED**
**DEC 0 8 2015**
CLERK U.S. BANKRUPTCY,
ORLANDO DIVISION

In re

DUANE WOODMAN

*Debtor*

Case No. 6:13-bk-10272-CCJ
Chapter: 13

### ARLETTE DE ANDRADE'S VERIFIED

### NOTICE OF OBJECTION TO AMENDED CHAPTER 13 CONFIRMATION PLAN

COMES NOW the creditor, ARLETTE DE ANDRADE, and hereby serves her NOTICE OF OBJECTION to confirmation of the Debtor WOODMAN'S proposed Chapter 13 Plan. This Creditor has a lease contract with Debtor where Debtor is obligated to pay Creditor $250.00 per month for the leasing of one room in the residence located at 2344 Pleasant Hill Road, Kissimmee, Florida 34746. Debtor WOODMAN'S proposed Plan provides to pay this Creditor monthly payments of $250.00.

This Creditor objects to confirmation based upon the following:

1. The Debtor WOODMAN'S proposed Plan provides for the correct monthly Lease payment amount, however it does not specify that the $250.00 monthly rent is only for the rent of one room, and not the entire property;

2. Creditor has not received a notice of the confirmation hearing, and thus requests that this honorable court deem her NOTICE OF OBJECTION to be timely filed, or in the alternative to re-schedule the confirmation hearing, and timely notice Creditor.

WHEREFORE, this Creditor respectfully requests that this honorable Court direct Debtor WOODMAN to amend the Plan to conform to this objection and reflect the clarification.

DATED: December 7, 2015.

Respectfully Submitted,

*/s/ Arlette De Andrade*
Arlette De Andrade

## VERIFICATION

I, Arlette De Andrade, declare:

I am a Creditor in the above-entitled matter.

I have read the foregoing ARLETTE DE ANDRADE'S VERIFIED NOTICE OF OBJECTION TO AMENDED CHAPTER 13 CONFIRMATION PLAN.

The same is true of my own knowledge, except as to those matters which are therein alleged on information and belief, and as to those matters, I believe it to be true.

Executed on December 7, 2015 at Osceola County, Florida.

I declare under penalty of perjury that the foregoing is true and correct.

Arlette De Andrade

## CERTIFICATE OF SERVICE

I, the undersigned, herby certify that a true and correct copy of the foregoing has been furnished by U.S. Mail to: the parties on the service list on this date, December 8, 2015.

Respectfully submitted,

ARLETTE DE ANDRADE

**SERVICE LIST**:

Duane Woodman
2344 Pleasant Hill Rd.
Kissimmee, Florida 34746

Laurie K Weatherford
P.O. Box 3450
Winter Park, Florida 32790