United States Bankruptcy Court
Middle District of Florida

In re:                                                                Case No. 13-10272-CCJ
Duane Woodman                                                         Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 113A-6    User: lexie    Page 1 of 1    Date Rcvd: Jan 22, 2016
                      Form ID: 6hnncr    Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 24, 2016.
db         +Duane Woodman,    2344 Pleasant Hill Rd,    Kissimmee, FL 34746-3676
cr         +Arlette de Andrade,    2344 Pleasant Hill Road,    Kissimmee, FL 34746-3676
cr         +TD Auto Finance LLC,    1000 Ridgeway Loop Rd, Suite 200,    Memphis, TN 38120-4036

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr         +E-mail/Text: Bankruptcynotices2@kasslaw.com Jan 22 2016 22:10:36
     Federal Home Loan Mortgage Corporation,    c/o Brad W. Hissing,    P.O. Box 800,
     Tampa, FL 33601-0800
                                                                                                         TOTAL: 1

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr          US Bank National Association
                                                                                                         TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2016                                         Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 22, 2016 at the address(es) listed below:
        Bert Echols    on behalf of Creditor    TD Auto Finance LLC bechols@evanspetree.com,
      sbruce@evanspetree.com
        Brad W. Hissing    on behalf of Creditor    Federal Home Loan Mortgage Corporation
      bankruptcynotices@kasslaw.com,    bankruptcynotices@yahoo.com
        Joseph B Battaglia    on behalf of Defendant    US Bank National Association, as Trustee for JP
      Morgan Mortgage Acqusition Trust 2006-WF1 FloridaBKLegal@brockandscott.com,
      FLBKECF@brockandscott.com;WBECF@brockandscott.com;joseph.battaglia@brockandscott.com
        Joseph B Battaglia    on behalf of Creditor    US Bank National Association
      FloridaBKLegal@brockandscott.com,
      FLBKECF@brockandscott.com;WBECF@brockandscott.com;joseph.battaglia@brockandscott.com
        Laurie K Weatherford    ecfdailysummary@c13orl.com
        Shaina Druker    on behalf of Defendant    US Bank National Association, as Trustee for JP Morgan
      Mortgage Acqusition Trust 2006-WF1 FloridaBKLegal@brockandscott.com,
      FLBKECF@brockandscott.com;WBECF@brockandscott.com
        Shaina Druker    on behalf of Creditor    US Bank National Association
      FloridaBKLegal@brockandscott.com,    FLBKECF@brockandscott.com;WBECF@brockandscott.com
        Teresa M Hair    on behalf of Creditor    US Bank National Association
      FloridaBKLegal@brockandscott.com,    FLBKECF@brockandscott.com;WBECF@brockandscott.com
        United States Trustee - ORL7/13, 7    USTP.Region21.OR.ECF@usdoj.gov
                                                                                                             TOTAL: 9

**[6hnncr]** [NOTICE CANCELLING OR RESCHEDULING]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                                                     Case No. 6:13−bk−10272−CCJ
                                                                                           Chapter 13
Duane Woodman
2344 Pleasant Hill Rd
Kissimmee, FL 34746




_____Debtor(s)_____/
NOTICE CANCELLING AND RESCHEDULING PRELIMINARY HEARING

   THE RECORD reflects that a hearing on Confirmation (Document No. 17 ) in the above−captioned case was previously scheduled and noticed for February 2. 2016 at 11:00am . This hearing is now canceled.

   Notice is hereby given that this hearing is rescheduled for July 19, 2016 at 2:45pm, as a preliminary hearing only. The hearing will take place in the same location as previously scheduled.


   Appropriate Attire. You are reminded that Local Rule 5072−1(b)(16) requires that all persons appearing in Court should dress in business attire consistent with their financial abilities. Shorts, sandals, shirts without collars, including tee shirts and tank tops, are not acceptable.


   Avoid delays at Courthouse security checkpoints. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

   DATED on January 22, 2016

                                            FOR THE COURT
                                            Lee Ann Bennett, Clerk of Court

                                            George C. Young Federal Courthouse
                                            400 West Washington Street
                                            Suite 5100
                                            Orlando, FL 32801